IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRMA CARRERA AGUALLO, DROR HERTZ, KELVIN HOLMES, MELISSA ANTONIO, MARY MACARONIS and GREGGORY VEECH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEMPER CORPORATION and INFINITY INSURANCE COMPANY,<br><br>Defendants. | Case No. 1:21-cv-01883<br><br>Honorable Martha M. Pacold |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN
RESPECT TO PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Irma Carrera Aguallo, Dror Hertz, Kelvin Holmes, Melissa Antonio, Mary Macaronis and Greggory Veech ("Plaintiffs"), by their undersigned counsel, respectfully move the Court for leave to file a brief in excess of the fifteen (15) page limit imposed under Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois ("Local Rule 7.1") in respect to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. In support of their Motion, Plaintiffs state the following:

1. Plaintiffs are filing contemporaneously with this Motion their Unopposed Motion for Preliminary Approval of Class Action Settlement.

2. Plaintiffs request leave to file an overlength motion and supporting memorandum of no more than thirty (30) pages.

3. An enlargement of the page limitation is necessary to allow Plaintiffs to fully summarize the Class Settlement reached by the Parties and set forth the case law supporting the settlement.

4. Counsel for Plaintiffs have met and conferred with Counsel for Defendants prior to the filing of this Motion and Defendants consent to the relief sought for in this Motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting this Motion and allowing Plaintiffs leave to file *instanter* a Motion of no more than thirty (30) pages in support of their Unopposed Motion for Preliminary Approval of Class Action Settlement.

DATED: October 14, 2021     Respectfully submitted,

By: */s/ Gary M. Klinger*
Gary M. Klinger
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
gklinger@masonllp.com

Gary E. Mason
David K. Lietz
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
gmason@masonllp.com
dlietz@masonllp.com

M. Anderson Berry
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER   FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Facsimile: (212) 545-4653
malmstrom@whafh.com

Rachele R. Byrdwolf
**HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com

Jean S. Martin
Francesca Kester
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
Facsimile: (813) 222-4795
jeanmartin@forthepeople.com
fkester@forthepeople.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 14, 2021, I filed the foregoing UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN RESPECT TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois via the Court's CM/ECF system. A copy will be sent electronically to all counsel of record by operation of the ECF system.

                                                                                   By: */s/ Gary M. Klinger*
                                                                                   Gary M. Klinger