**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IRMA CARRERA AGUALLO, DROR HERTZ, KELVIN HOLMES, MELISSA ANTONIO, MARY MACARONIS, and GREGGORY VEECH, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| | ) | Case No. 1:21-cv-01883 |
| Plaintiffs, | ) ) | Honorable Martha M. Pacold |
| v. | ) ) | |
| KEMPER CORPORATION and INFINITY INSURANCE COMPANY, | ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Irma Carrera Aguallo, Dror Hertz, Kelvin Holmes, Mary Macaronis, and Greggory Veech's (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby move without opposition to:

1.      Preliminarily approve the class action settlement described in the "Settlement Agreement" between Plaintiffs and Defendants Kemper Corporation and Infinity Insurance Company ("Defendants"), and the attachments thereto, including the Short Notice, the Long Form Notice, and the Claim Form, attached to the Declaration of Gary M. Klinger, filed herewith in support of this motion;

2.      Conditionally certify the Settlement Class;

3.      Appoint Irma Carrera Aguallo, Dror Hertz, Kelvin Holmes, Mary Macaronis, and Greggory Veech Class Representatives;

4.      Appoint Gary M. Klinger, Rachele R. Byrd, and Jean S. Martin of MASON LIETZ & KLINGER LLP; WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP; and MORGAN & MORGAN COMPLEX LITIGATION GROUP Class Counsel;

5.      Provisionally certify the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) and (e) for settlement purposes only;

6.      Approve a customary short form notice (the "Short Notice") in a form substantially similar to that attached as Exhibit C to the Settlement Agreement to be e-mailed to Settlement Class Members for whom Defendants have valid e-mail addresses, and mailed via U.S. Mail to those Class Members for whom Defendant has mailing addresses but no valid e-mail address;

7.      Approve a customary long form notice (the "Long Notice") to be posted on the settlement website in a form substantially similar to the one attached as Exhibit B to the Settlement Agreement;

8.      Direct Notice to be sent to the Settlement Class in the form and manner proposed as set forth in the Settlement Agreement and Exhibits A, B, C, and D thereto;

9.      Appoint RG/2 Claims Administration as Notice Specialist and Claims Administrator;

10.     Approve the use of a claim form substantially similar to that attached as Exhibit A to the Settlement Agreement; and

11.     Set a hearing date and schedule for final approval of the Settlement and consideration of Settlement Class Counsel's motion for award of fees, costs, expenses, and service awards.

This Motion is based upon: (1) this Motion; (2) the Memorandum of Points and Authorities in Support of the Unopposed Motion for Preliminary Approval of Class Action Settlement; (3) the

Declaration of Gary M. Klinger, filed herewith; (4) the Settlement Agreement; (5) the Notices of

Class Action Settlement (including Long Form and Short Form Notices); (6) the Claim Form; (7)

the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (9) the records,

pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence

or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: October 14, 2021                    Respectfully submitted,

_/s/ Gary M. Klinger_
Gary M. Klinger
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
gklinger@masonllp.com

Rachele R. Byrd
**WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com

Jean S. Martin
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813-559-4908
Facsimile: 813-222-4795
jeanmartin@forthepeople.com

M. Anderson Berry
**CLAYEO C. ARNOLD, A
PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com



## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021, I filed the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois via the Court's CM/ECF system. A copy will be sent electronically to all counsel of record by operation of the ECF system.

By: */s/ Gary M. Klinger*
Gary M. Klinger