**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IRMA CARRERA AGUALLO, DROR HERTZ, KELVIN HOLMES, MELISSA ANTONIO, MARY MACARONIS and GREGGORY VEECH, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>KEMPER CORPORATION and INFINITY INSURANCE COMPANY,<br><br>        Defendants. | Case No. 1:21-cv-01883<br><br>Honorable Martha M. Pacold |

**UNOPPOSED MOTION FOR LEAVE TO FILE
SETTLEMENT DOCUMENTS UNDER SEAL**

Plaintiffs Irma Carrera Aguallo, Dror Hertz, Kelvin Holmes, Melissa Antonio, Mary Macaronis and Greggory Veech ("Plaintiffs"), by their undersigned counsel, respectfully move the Court for leave to file Exhibit E to the Parties' Class Action Settlement and Release Agreement, filed as an attachment to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (hereinafter, "Exhibit E"), under seal. In support of this Motion, Plaintiffs state as follows:

1. The Parties have reached a Settlement in the above-captioned class action lawsuit.

2. Per the Parties' publicly filed Unopposed Motion for Preliminary Approval of Class Action Settlement, which is filed contemporaneously, the Parties have moved the Court for an Order preliminarily approving their Class Action Settlement and Release Agreement and authorizing the sending of a Class Notice and Claim Form to Settlement Class Members. With the present Motion, the Parties seek to file under seal Exhibit E to the Parties' Class Action Settlement

and Release Agreement, filed as an attachment to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

3.      In reviewing requests to seal court documents, courts must determine if good cause exists to override the presumption of the public's right of access to court documents. *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999); *see also Skolnik v. Altheimer & Gray*, 191 Ill.2d 214, 232 (Ill. 2000) (filing under seal permissible where it is "essential to preserve higher values and is narrowly tailored to serve that interest").

4.      The Parties wish to file the Exhibit E under seal, which contains material terms of the Settlement, to preserve the confidentiality of the terms of the Parties' Agreement. Specifically, Exhibit E contains a description of the data security enhancements that Defendants are implementing pursuant to the Settlement Agreement. Refusal to seal Exhibit E would deprive the Parties of their rights to enforce contractual legal obligations.

5.      Defendants do not oppose this Motion and do not oppose the filing of Exhibit E under seal.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and allow Plaintiffs to file Exhibit E to the Parties' Class Action Settlement and Release Agreement, filed as an attachment to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, under seal.

DATED: October 14, 2021

Respectfully submitted,

By: */s/ Gary M. Klinger*
Gary M. Klinger
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
gklinger@masonllp.com

Gary E. Mason
David K. Lietz
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
gmason@masonllp.com
dlietz@masonllp.com

M. Anderson Berry
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

Carl V. Malmstrom
**WOLF HALDENSTEIN**
**ADLER   FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Facsimile: (212) 545-4653
malmstrom@whafh.com

Rachele R. Byrdwolf
**HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com

Jean S. Martin
Francesca Kester
**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
Facsimile: (813) 222-4795
jeanmartin@forthepeople.com
fkester@forthepeople.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021, I filed the foregoing UNOPPOSED MOTION FOR LEAVE TO FILE SETTLEMENT DOCUMENTS UNDER SEAL with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois via the Court's CM/ECF system. A copy will be sent electronically to all counsel of record by operation of the ECF system.

By: */s/ Gary M. Klinger*
Gary M. Klinger