IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRMA CARRERA AGUALLO, DROR HERTZ, KELVIN HOLMES, MELISSA ANTONIO, MARY MACARONIS, and GREGGORY VEECH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>KEMPER CORPORATION and INFINITY INSURANCE COMPANY,<br><br>    Defendants. | Case No. 1:21-cv-01883<br><br>Hon. Martha M. Pacold |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES
IN RESPECT TO PLAINTIFFS' UNOPPOSED MOTION FOR
<u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

  Plaintiffs Irma Carrera Aguallo, Dror Hertz, Kelvin Holmes, Mary Macaronis, and Greggory Veech (collectively, "Plaintiffs"), through their undersigned counsel, respectfully move this Court for leave to file a brief in excess of the fifteen (15) page limit imposed under Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois ("Local Rule 7.1") in respect to Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement. In support of their Motion, Plaintiffs state the following:

  1.  Plaintiffs are filing contemporaneously with this Motion their Unopposed Motion for Final Approval of Class Action Settlement.

  2.  Plaintiffs request leave to file an overlength supporting memorandum of no more than thirty (30) pages.

  3.  An enlargement of the page limitation is necessary to allow Plaintiffs to: a) fully set forth the Settlement reached by the Parties; b) describe implementation of the notice program

and the Settlement Class's response thereto; c) provide briefing regarding the law supporting the Settlement; and d) provide briefing regarding the law supporting certification of the Settlement Class for Settlement purposes.

4. Counsel for Plaintiffs have met and conferred with Counsel for Defendants prior to the filing of this Motion and Defendants consent to the relief sought for in this Motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting this Motion and allowing Plaintiffs leave to file *instanter* a Motion of no more than thirty (30) pages in support of their Unopposed Motion for Final Approval of Class Action Settlement.

Dated: December 23, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Gary M. Klinger*
　　　　　　　　　　　　　　　　　　　　　　Gary M. Klinger
　　　　　　　　　　　　　　　　　　　　　　*gklinger@masonllp.com*
　　　　　　　　　　　　　　　　　　　　　　**MASON LIETZ & KLINGER LLP**
　　　　　　　　　　　　　　　　　　　　　　227 W. Monroe Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 429-2290
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 429-2294

　　　　　　　　　　　　　　　　　　　　　　Rachele R. Byrd
　　　　　　　　　　　　　　　　　　　　　　*byrd@whafh.com*
　　　　　　　　　　　　　　　　　　　　　　**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
　　　　　　　　　　　　　　　　　　　　　　750 B Street, Suite 1820
　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　　　　　　Tel: (619)239-4599
　　　　　　　　　　　　　　　　　　　　　　Fax: (619)234-4599

　　　　　　　　　　　　　　　　　　　　　　M. Anderson Berry
　　　　　　　　　　　　　　　　　　　　　　*aberry@justice4you.com*
　　　　　　　　　　　　　　　　　　　　　　**CLAYEO C. ARNOLD, APLC**
　　　　　　　　　　　　　　　　　　　　　　865 Howe Avenue
　　　　　　　　　　　　　　　　　　　　　　Sacramento, California 95825
　　　　　　　　　　　　　　　　　　　　　　Tel: (916) 777-7777
　　　　　　　　　　　　　　　　　　　　　　Fax: (916) 924-1829

　　　　　　　　　　　　　　　　　　　　　　Jean S. Martin
　　　　　　　　　　　　　　　　　　　　　　*jeanmartin@forthepeople.com*
　　　　　　　　　　　　　　　　　　　　　　**MORGAN & MORGAN COMPLEX LITIGATION GROUP**

3

201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 559-4908
Fax: (813) 222-4795

*Counsel for Plaintiffs and the Settlement Class*