# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IRMA CARRERA AGUALLO, DROR HERTZ, KELVIN HOLMES, MELISSA ANTONIO, MARY MACARONIS, and GREGGORY VEECH, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KEMPER CORPORATION and INFINITY INSURANCE COMPANY, <br><br> Defendants. | Case No. 1:21-cv-01883 <br><br> Hon. Martha M. Pacold |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Irma Carrera Aguallo, Dror Hertz, Kelvin Holmes, Mary Macaronis, and Greggory Veech (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, by and through their undersigned counsel, hereby move without opposition for an Order granting final approval of the proposed class action settlement. In support of the instant Motion, Plaintiffs incorporate their concurrently filed Memorandum of Law; the Declaration of Melissa Baldwin; and the individual Declaration of counsel Gary M. Klinger.

Dated: December 23, 2021

Respectfully submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger
*gklinger@masonllp.com*
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel: (202) 429-2290
Fax: (202) 429-2294

Rachele R. Byrd
*byrd@whafh.com*
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, California 92101
Tel: (619) 239-4599
Fax: (619) 234-4599

M. Anderson Berry
*aberry@justice4you.com*
**CLAYEO C. ARNOLD, APLC**
865 Howe Avenue
Sacramento, California 95825
Tel: (916) 777-7777
Fax: (916) 924-1829

Jean S. Martin
*jeanmartin@forthepeople.com*
**MORGAN & MORGAN COMPLEX**
**LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel: (813) 559-4908
Fax: (813) 222-4795

*Counsel for Plaintiffs and the Settlement Class*