IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRMA CARRERA AGUALLO, DROR HERTZ, KELVIN HOLMES, MELISSA ANTONIO, MARY MACARONIS, and GREGGORY VEECH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEMPER CORPORATION and INFINITY INSURANCE COMPANY,<br><br>Defendants. | Case No. 1:21-cv-01883<br><br>Hon. Martha M. Pacold |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF
ATTORNEYS' FEES AWARD, EXPENSE REIMBURSEMENT,
AND SERVICE AWARDS TO REPRESENTATIVE PLAINTIFFS**

Plaintiffs Irma Carrera Aguallo, Dror Hertz, Kelvin Holmes, Mary Macaronis, and Greggory Veech (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, by and through their undersigned counsel, hereby move without opposition for an Order approving: (1) Plaintiffs' Counsel's requested attorneys' fees and expenses award of $2,500,000; and (2) service awards of $1,500 to each of the six Representative Plaintiffs. In support of the instant Motion, Plaintiffs incorporate their concurrently filed Memorandum of Law; the Declarations of Plaintiffs Irma Carrera Aguallo, Dror Hertz, Kelvin Holmes, Mary Macaronis, and Greggory Veech; the Declaration of Melissa Baldwin; and the individual Declarations of counsel Rachele R. Byrd, Gary M. Klinger, Jean S. Martin and M. Anderson Berry on behalf of their respective law firms.

Dated: December 23, 2021						Respectfully submitted,


							*/s/ Gary M. Klinger*
							Gary M. Klinger
							*gklinger@masonllp.com*
							**MASON LIETZ & KLINGER LLP**
							227 W. Monroe Street, Suite 2100
							Chicago, Illinois 60606
							Tel: (202) 429-2290
							Fax: (202) 429-2294

							Rachele R. Byrd
							*byrd@whafh.com*
							**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
							750 B Street, Suite 1820
							San Diego, CA 92101
							Tel: (619) 239-4599
							Fax: (619) 234-4599

							M. Anderson Berry
							*aberry@justice4you.com*
							**CLAYEO C. ARNOLD, APLC**
							865 Howe Avenue
							Sacramento, CA 95825
							Tel: (916) 777-7777
							Fax: (916) 924-1829

							Jean S. Martin
							*jeanmartin@forthepeople.com*
							**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
							201 N. Franklin Street, 7th Floor
							Tampa, FL 33602
							Tel: (813) 559-4908
							Fax: (813) 222-4795

							*Counsel for Plaintiffs and the Settlement Class*