## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Irma Carrera Aguallo, et al.
                              Plaintiff,

v.                                                                        Case No.: 1:21−cv−01883
                                                                       Honorable Martha M. Pacold

Kemper Corporation, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 15, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Telephonic final approval hearing held on 3/15/2022. For the reasons stated on the record, the court overrules the objections and grants Plaintiffs' motion for final approval of class action settlement [45]. The court finds the settlement to be fair, reasonable, and adequate. Plaintiffs' unopposed motion for leave to file excess pages in respect to plaintiffs' unopposed motion for final approval of class action settlement [44] and unopposed motion for approval of attorneys' fees award, expense reimbursement, and service awards to representative plaintiffs [46] are granted. The court will enter a final order regarding approval of the settlement after the parties have submitted a proposed order to this court's proposed order inbox. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.